IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

TIPPMANN CONSTRUCTION, INC., by §
and through its assignee and subrogee §
SELECTIVE INSURANCE COMPANY §
OF SOUTH CAROLINA §
§
V. § ACTION NO. 4:11-CV-591-Y
§
PROFESSIONAL SERVICE §
INDUSTRIES, INC. §

ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT

Pending before the Court is Defendant's Motion for Partial Summary Judgment (doc. 43), filed March 3, 2012. On May 9, Plaintiff filed an amended complaint no longer naming certain parties as defendants and realigning the remaining parties. Because the summary-judgment motion is directed to pleadings that have been superceded by amendment and because the parties have been realigned, the Court DENIES the motion as moot.

SIGNED May 11, 2012.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah